IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 2:13-cv-1835-KOB ) |
| CAROLYN DENMARK, et. al., | ) |
| Defendants. | ) |

**ORDER**

In conformity with the Memorandum Opinion entered contemporaneously with this Order, the court OVERRULES all of Denmark's Objections and DENIES her motion to vacate portions of the magistrate judge's Report and Recommendation (doc. 47); ADOPTS the magistrate judge's findings and ACCEPTS her recommendations; GRANTS State Farm's motion for summary judgment regarding Defendant Carolyn Denmark's underlying personal injury action currently pending in state court and DENIES AS MOOT the motion regarding the underlying wrongful death action that has been settled and dismissed (doc. 29); DENIES AS MOOT Denmark's motion to compel (doc. 36); and Orders that State Farm has no duty to defend or indemnify the Wren Defendants for the claims asserted against them in Denmark's underlying personal injury action.

DONE and ORDERED this 23rd day of February, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE